1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10              **WESTERN DIVISION**

11

12   DONALD JOSEPH TRUAX,               )    No. EDCV 12-1396-GHK (AGR)
                                        )
13              Petitioner,             )
                                        )    JUDGMENT
14          v.                          )
                                        )
15   M. SANDOR, Warden,                 )
                                        )
16              Respondent.             )
                                        )
17   _____)

18       Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

19       IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE

20   SUMMARILY DISMISSED for lack of subject matter jurisdiction.

21

22

23   DATED:    8/30/12          _____

24                                   GEORGE H. KING
                                 UNITED STATES DISTRICT JUDGE

25

26

27

28